# JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **MCKAY CREWS, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendant.** | **Case No. 8:21-cv-02103-CJC-DFM**<br><br><br><br>**<u>DISMISSAL</u> <u>ORDER</u>** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 23, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. 8:21-cv-02103-CJC-DFM, are dismissed with prejudice; and

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THAT all parties shall bear their own attorneys' fees and costs

incurred in this action.


**SO ORDERED THIS 23rd day of August 2023.**


HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE